| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MONROE | ) | CAUSE NO. 53C06 1502 PL 000311 |

JAMES JACKSON, )
)
    Plaintiff, )
)
v. )
)
INDIANA UNIVERSITY HEALTH )
BLOOMINGTON, INC. )
)
    Defendant. )

**FILED**
FEB 20 2015

CLERK MONROE CIRCUIT COURT

## SUMMONS

TO DEFENDANT:  Indiana University Health Bloomington, Inc.
c/o James L. Whitlatch, Registered Agent
226 S. College Square
Bloomington, IN 47404

    You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.
    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.
    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.
    If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  2-24-15

CLERK MONROE CIRCUIT COURT
Clerk, Monroe County Courts

**Attorney for Plaintiff:**

Michael L. Schultz (20361-49)
PARR RICHEY OBREMSKEY FRANDSEN
  & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204
Telephone:   (317) 269-2500
Facsimile:   (317) 269-2514

**Clerk Information:**

P. O. Box 547
Bloomington, IN 47402


EXHIBIT A

The following manner of service of Summons is hereby designated:

___X___ Registered or Certified Mail
_____ Service on individual at above address: County _____
_____ Service on agent: (specify) _____
_____ Service by Publication

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2015 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Indiana University Health Bloomington, Inc., by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____         _____
                                        Clerk, Monroe County Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2015.

I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2015, showing that the summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2015.

_____
Clerk, Monroe County Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____         _____
                                        Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2015.
(2) By leaving a copy of the Summons and a copy of the Complaint:
    a) at the dwelling place or usual place of abode of the Defendant
    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____
Sheriff of Monroe County, Indiana
By: _____

610278

| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT/SUPERIOR COURT |
| --- | --- | --- |
|  | ) SS: | CAUSE NO. 53C06 1502 PL 000311 |
| COUNTY OF MONROE | ) |  |

JAMES JACKSON,

    Plaintiff,

v.

INDIANA UNIVERSITY HEALTH
BLOOMINGTON, INC.

    Defendant.

FILED
FEB 2 0 2015
CLERK MONROE CIRCUIT COURT

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now Plaintiff, James Jackson, and for his Complaint against Defendant, Indiana University Health Bloomington, Inc., d/b/a IU Health Bloomington Hospital, alleges as follows:

### Nature of the Case

1. This is an action at law and equity for damages by Plaintiff, James Jackson (hereinafter "Jackson" or "Plaintiff"), against Defendant, Indiana University Health Bloomington, Inc., d/b/a IU Health Bloomington Hospital (hereinafter "IU Health" or "Defendant") for injury to his person, income, and property caused by the wrongful acts of Defendant.

2. Plaintiff brings this action pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12101, *et seq.*, 104 Stat. 327 (1990) (Pub. L. 101-336), as amended by the ADA Amendments Act of 2008 (Pub. L. 110-325).

3. Because Defendant's actions against Jackson were taken with actual malice and/or reckless indifference to Jackson's federally protected rights, Defendant is subject to an award of punitive damages pursuant to 42 U.S.C. §1981a(b)(1).

## Jurisdiction

4. At all relevant times Plaintiff performed work for Defendant within Monroe County, and Defendant routinely conducts business in Monroe County, Indiana. All the events giving rise to this cause of action occurred within or related to the employment relationship between Plaintiff and Defendant.

## Parties

5. Plaintiff, James Jackson, was at all times relevant to this suit a citizen of the State of Indiana and resided at 4520 W. Leonard Springs Road, Bloomington, IN 47403.

6. Defendant conducts business in the State of Indiana, including Monroe County, and at all relevant times maintained its offices at 601 W. Second St., P.O. Box 1149, Bloomington, IN 47402. Defendant is a non-profit domestic corporation incorporated in the State of Indiana, and its corporate address is listed with the Indiana Secretary of State's office as 601 W. Second St., P.O. Box 1149, Bloomington, IN 47402. Defendant's registered agent for service of process in Indiana is James L. Whitlatch, 226 S. College Square, Bloomington, IN 47404.

## Factual Allegations

7. At all times relevant to this Complaint, Plaintiff was an "employee" of IU Health within the meaning of the ADA.

8. At all times relevant to this Complaint, IU Health was an "employer" within the meaning of the ADA.

9. At all times relevant to this Complaint, Jackson's work performance met or exceeded Defendant's legitimate expectations.

10. IU Health terminated Jackson's employment on or about March 4, 2013.

2

11. Prior to terminating his employment, IU Health refused to even consider or to discuss with Plaintiff his request for a reasonable accommodation for his disability.

12. At the time it terminated Plaintiff, IU Health had a history, and/or a policy, and/or a practice of refusing to engage in the interactive process with, and refusing to accommodate, employees like Plaintiff who had reason not to have a flu shot.

13. IU Health discriminated against Plaintiff on account of his disability by concocting false disciplinary actions in order to create a pretextual reason to terminate his employment.

14. The true reason IU Health terminated Plaintiff was because of his disability, and/or to retaliate against him for having opposed IU Health's discriminatory policy regarding flu shots, and/or to avoid having to give Plaintiff a reasonable accommodation.

15. Plaintiff timely filed a Charge of Discrimination against IU Health with the U.S. Equal Employment Opportunity Commission ("EEOC"). The Charge generally included allegations of discrimination and retaliation in violation of the ADA.

16. Jackson has received a Notice of Right to Sue from the EEOC on December 1, 2014. This Complaint is timely filed.

17. As a direct and proximate result of IU Health's unlawful, malicious, willful, retaliatory and discriminatory actions, Jackson has suffered lost wages, salary, employment benefits, related financial losses, physical pain and suffering, and emotional distress.

**Count I: Discrimination and Failure to Accommodate in Violation of ADA**

18. The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

19. At all times relevant Jackson was a qualified individual with a disability within the meaning of the ADA; IU Health regarded Jackson as disabled; and, Jackson had a record of having an impairment that substantially limited one or more of his major life activities, of which IU Health was aware.

20. IU Health failed and refused to engage in the interactive process with Jackson, failed to make or even consider reasonable accommodations for him, and ultimately terminated his employment because of his disability or perceived disability.

21. Jackson was at all relevant times capable of performing the essential functions of his position with IU Health with or without accommodation.

22. As a result of IU Health's wrongful, intentional, willful and wanton actions and omissions described herein, Jackson has suffered loss of income and benefits, severe emotional distress, and other significant injury to both his property and his person.

## Count II:  Retaliation in Violation of ADA

23. The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

24. Plaintiff engaged in conduct protected by the anti-retaliation provisions of the ADA codified at 42 U.S.C. §12203.

25. Defendant retaliated against Plaintiff for having engaged in protected conduct, including, without limitation, for his having sought accommodation for his known disabilities or for otherwise having exercised his rights under the ADA.

26. As a result of IU Health's wrongful, intentional, willful and wanton actions and omissions described herein, Jackson has suffered loss of income and benefits, severe emotional distress, and other significant injury to both his property and his person.

## Relief Requested

WHEREFORE, Plaintiff, by counsel, respectfully requests the following relief:

A.  Special damages, including, but not limited to, wages, salary, employment benefits, and other compensation denied or lost due to Defendant's above-described actions;

B.  Interest on the amount awarded as special damages calculated at the prevailing rate, including both pre- and post-judgment interest where appropriate;

C.  Compensatory damages;

D.  Liquidated and/or punitive damages;

E.  Damages to compensate Jackson for mental anguish and emotional distress;

F.  Reasonable attorneys' fees, expert witness fees, and other costs of this action; and

G.  All other just and proper relief to which Plaintiff is entitled.

Respectfully submitted this 20th day of February, 2015.

By _____
Michael L. Schultz (20361-49)
PARR RICHEY OBREMSKEY FRANDSEN
    & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514
E-mail:       mschultz@parrlaw.com

Attorneys for Plaintiff, James Jackson

## DEMAND FOR JURY TRIAL

Plaintiff, James Jackson, by his undersigned counsel, hereby requests a trial by jury pursuant to Rule 38 of the Indiana Rules of Trial Procedure.

_____
Michael L. Schultz

610198

| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT/SUPERIOR COURT |
|---|---|---|
|  | ) SS: |  |
| COUNTY OF MONROE | ) | CAUSE NO. 53C06 1502 PL 000311 |

JAMES JACKSON,

    Plaintiff,

v.

INDIANA UNIVERSITY HEALTH
BLOOMINGTON, INC.

    Defendant.

FILED
FEB 20 2015
CLERK MONROE CIRCUIT COURT

## APPEARANCE BY ATTORNEY

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

    Plaintiff, James Jackson

2. Applicable attorney information for service as required by Ind. Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

    Michael L. Schultz (20361-49)
    PARR RICHEY OBREMSKEY FRANDSEN
      & PATTERSON LLP
    201 N. Illinois Street, Suite 300
    Indianapolis, IN 46204
    Telephone:     (317) 269-2500
    Facsimile:     (317) 269-2514
    E-mail:        mschultz@parrlaw.com

3. All parties known to Defendant are shown in the caption above.

4. Case Type:   PL

5. I **will not** accept service by fax at the above number.

6. This case does not involve support issues.

7. To my knowledge, there are no related cases.

8. Counsel is aware of no other information required by local rule.

Respectfully submitted,

By: _____
Michael L. Schultz (20361-49)
PARR RICHEY OBREMSKEY FRANDSEN
 & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204-1904
Telephone:  (317) 269-2500
Facsimile:  (317) 269-2514
E-mail:  mschultz@parrlaw.com

Attorney for Plaintiff, James Jackson

610275

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MONROE | ) | CAUSE NO. 53C06-1502-PL-000311 |

JAMES JACKSON,
    Plaintiff,

v.

INDIANA UNIVERSITY HEALTH
BLOOMINGTON, INC.,
    Defendant.



FILED
MAR 05 2015
CLERK MONROE CIRCUIT COURT

## APPEARANCE

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Indiana University Health Bloomington, Inc.**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   | | |
   |---|---|
   | Name(s): | James L. Whitlatch    #2135-53 |
   | | Jennifer L. Upton    # 31613-53 |
   | Firm: | BUNGER & ROBERTSON |
   | Address: | 226 South College Square |
   | | PO Box 910 |
   | | Bloomington IN 47402-0910 |
   | Telephone: | 812/332-9295 |
   | Facsimile: | 812/331-8808 |
   | E-mail(s): | jwhit@lawbr.com |
   | | jupton@lawbr.com |

3. There are other party members: No

4. If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under administrative Rule 8(b)(3): n/a

5. I will accept service by FAX: No
   I will accept service by Email: No

6. This case involves support issues. No

7. There are related cases: n/a

8. This form has been served on all other parties. Certificate of Service is attached: Yes

9. Additional information required by state or local rule: None

Respectfully submitted,

BUNGER & ROBERTSON

_____
James L. Whitlatch     #2135-53

_____
Jennifer L. Upton     #31613-53

## CERTIFICATE OF SERVICE

I certify that on the 4th day of March 2015, a true and complete copy of the above and foregoing document was served upon the following attorney of record via first-class United States Mail, postage prepaid:

Michael L. Schultz
PARR RICHEY OBREMSKEY
 FRANDSEN & PATTERSON LLP
201 N Illinois St, Ste 300
Indianapolis IN  46204

_____
Jennifer L. Upton     #31613-53

BUNGER & ROBERTSON
College Square
226 S College Ave
PO Box 910
Bloomington IN  47402-0910
Tel: (812)332-9295
Fax: (812) 331-8808

2