UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES JACKSON,<br>    Plaintiff,<br><br>v.<br><br>INDIANA UNIVERSITY HEALTH<br>BLOOMINGTON, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)  CAUSE NO. 1:15cv0436 RLY-MJD<br>)<br>)<br>)<br>) |

## ORDER

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. It is therefore ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each party shall bear his/its own costs and attorneys' fees.

DATED:  December 16 , 2015

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF